UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIE HOPKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.: 1:13-cv-00031 - JLT<br><br>SECOND ORDER RE: CONSENT |

Lennie Hopkins ("Plaintiff") seeks judicial review of the administrative decision denying his application for benefits under the Social Security Act. (Doc. 5). On January 18, 2013, the Court issued an order instructing the parties to complete and return a consent form to indicate whether they consent to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Doc. 8-1). Although responses were due April 18, 2013, Plaintiff has failed to file a completed form.

Accordingly, IT IS HEREBY ORDERED: Plaintiff **SHALL** file a completed form indicating he consents to or declines the jurisdiction of the Magistrate Judge <u>within fourteen days of the date of service of this order</u>.

IT IS SO ORDERED.

Dated:   **April 25, 2013**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1